AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

Northern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No.  2:26-MJ-94 |
| | ) |
| Brandon Cruz Perales | ) |
| | ) |
| _Defendant(s)_ | |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED**

JUN - 3 2026

**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 31, 2026_____ in the county of _____Potter_____ in the
___Northern___ District of _____Texas_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) | Possession with Intent to Distribute of Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Thomas Newton, DEA TFO
_____
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone
(specify reliable electronic means).

Date: ___6/3/2026___

_____
_Judge's signature_

City and state: _____Amarillo, Texas_____

Lee Ann Reno, U.S. Magistrate Judge
_____
_Printed name and title_

No. 2:26-MJ-94

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Thomas Newton, being sworn, depose and state as follows:

1)    I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA).

2)    I am assigned to the DEA's Amarillo Resident Office (ARO).  I was hired as a police officer with the Amarillo Police Department (APD) in June 2005. I was assigned to the Amarillo Police Department Narcotics unit from 2022 until my current assignment as a TFO with DEA's ARO.  In connection with my duties and responsibilities as a Task Force Officer, I have received extensive training in narcotics trafficking investigations, including, but not limited to, conducting surveillance, smuggling, conducting undercover operations, packaging methods, utilizing confidential sources, and executing arrest and search warrants.

3.    This affidavit is made in support of a complaint and arrest warrant for Brandon Cruz Perales. I am familiar with the information contained in this affidavit based on my own personal investigation and conversations with other law enforcement officers involved in this investigation.

4.    On May 31, 2026, Amarillo Police Department (APD) patrol observed a vehicle with a known wanted person identified as Brandon Cruz Perales.  When officers attempted to conduct a traffic stop on the vehicle, a vehicle pursuit was initiated.  After a short pursuit, Perales' car was disabled and came to a stop in the front yard of a residence.  A short foot pursuit ensued and APD patrol officers took Perales into custody.

5.    After Perales was taken into custody, he was found to be in possession of several pills.  Some of the pills appeared to be fentanyl and/or hydrocodone. Also found in the vehicle that Perales was driving was a black backpack hidden inside the engine compartment.  Inside the black backpack, officers located approximately 87 grams of methamphetamine and 13 grams of cocaine.  The methamphetamine was packaged in two (2) separate bags, and the cocaine was in a tied plastic bag.  This amount of methamphetamine is consistent with distribution, as opposed to personal use.

6.    Perales was booked into Randall County Detention Center on an outstanding warrant related to his federal supervised release. On June 2, 2026, DEA TFO Newton conducted an interview with Perales at the Randall County Detention Center. TFO

**Page 1 of 3**

Newton read Perales his *Miranda* warnings. Perales waived his rights and agreed to make a statement.

7.    During the interview, Perales stated that on the day that officers attempted to pull him over, he panicked because he knew that he had a warrant and he fled officers in his car. Perales stated that after he crashed the car, he ran on foot to avoid apprehension. Perales denied that the pills that were found on his person were fentanyl, stating that the pills were Xanax and Hydrocodone. Perales was asked about the black backpack that contained methamphetamine and cocaine that was found inside his vehicle. Perales stated that he is a user and uses methamphetamine primarily and cocaine on occasion. Perales stated that he thought that there was only 1 ounce of methamphetamine in the backpack, but it could be as much as 2 ounces. When asked about the cocaine, Perales states that he only sells methamphetamine, and the cocaine was for personal use.

8.    Perales stated that after his release from prison, he started using drugs in March of 2026 and only started to "hustle" in April of 2026. Perales stated that he only purchased one (1) ounce of methamphetamine at a time, which he would break down into smaller amounts for sale. Perales denied selling anything more than 1 quarter of an ounce of methamphetamine at one time. Perales stated that he would typically use half of the methamphetamine he had purchased and sell the other half to support his habit.

Thomas Newton
DEA Task Force Officer

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Page 2 of 3

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 3rd day of _____ June _____, 2026.


<u>Lee Ann Reno, U.S. Magistrate Judge</u>            _Lee Ann Reno_____
Name and Title of Judicial Officer                    Signature of Judicial Officer


_Anna Marie Bell_____
Anna Marie Bell
Assistant United States Attorney